IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KAREN HANSEN and CHRISTOPHER
W. HEDRICK,

     Plaintiffs,

vs.                                                            No. CIV 09-0424 JB/GBW

CAROLINE CASSAGNOL a/k/a
CAROLINE GOLDMAN a/k/a CAROLINE
CASSAGNOL-GOLDMAN,

     Defendant.

## ORDER

**THIS MATTER** comes before the Court on the Defendant's Pro Se Motion for Extension of Time to File Response to Complaint, filed May 26, 2009 (Doc. 11). The Court held a hearing on February 3, 2010. The primary issue is whether the Court should grant Defendant Caroline Cassagnol an extension of time to answer the Plaintiffs' Complaint. Three days after the motion was filed, Cassagnol obtained counsel, see Notice of Entry of Appearance, filed May 29, 2009 (Doc. 14) and filed her Answer on June 23, 2009 (Doc. 19). The Court has reviewed the motion and for the reasons stated on the record and for further reasons consistent with those already stated, the Court will grant the motion.

**IT IS ORDERED** that the Defendant's Pro Se Motion for Extension of Time to File Response to Complaint is granted.

                                                               _____
                                                                UNITED STATES DISTRICT JUDGE

*Counsel*:

Randolph B. Felker
Felker Ish Ritchie & Geer PA
Santa Fe, New Mexico

    *Attorneys for the Plaintiffs*


Mark T. Pound
Long, Pound & Komer, PA
Santa Fe, New Mexico

    *Attorneys for the Defendant*