IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KAREN HANSEN and CHRISTOPHER
W. HEDRICK,

    Plaintiffs,

vs.                                                                 No. CIV 09-0424 JB/GBW

CAROLINE CASSAGNOL a/k/a
CAROLINE GOLDMAN a/k/a CAROLINE
CASSAGNOL-GOLDMAN,

    Defendant.

## ORDER

**THIS MATTER** comes before the Court on the Defendant's Motion for Entry of Default on the Defendant's Counterclaims, filed August 3, 2009 (Doc. 22). The Court held a hearing on February 3, 2010. The primary issue is whether the Court should deny Defendant Caroline Cassagnol's request that the Clerk of the Court enter default on her counterclaims against Plaintiffs Karen Hansen and Christopher Hedrick pursuant to rule 55 of the Federal Rules of Civil Procedure. The Plaintiffs filed their Answer two days after Cassagnol filed the motion. See Plaintiffs' Answer to Defendant's Counterclaims, filed August 5, 2009 (Doc. 24). For the reasons stated on the record and for further reasons stated in the Court's February 4, 2010 Order denying the Defendant's Motion for Default Judgment (Doc. 34), the Defendant's motion is denied.

**IT IS ORDERED** that the Defendant's Motion for Entry of Default on the Defendant's Counterclaims is denied.

                                              _____
                                              UNITED STATES DISTRICT JUDGE

*Counsel*:

Randolph B. Felker
Felker Ish Ritchie & Geer PA
Santa Fe, New Mexico

    *Attorneys for the Plaintiffs*


Mark T. Pound
Long, Pound & Komer, PA
Santa Fe, New Mexico

    *Attorneys for the Defendant*